# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JESUS ELDO TACORONTE,**

    **Plaintiff,**

**v.**                                                       **Case No:   6:15-cv-939-Orl-22KRS**

**CARRINGTON MORTGAGE SERVICES, LLC,**

    **Defendant.**

## ORDER TO SHOW CAUSE

On June 11, 2015, the Clerk of Court provided Tanner Andrews, Esq., counsel of record for Plaintiff, notice that his membership in the bar of this Court has lapsed. Doc. No. 4. I have been advised by the Office of the Clerk of Court that Attorney Andrews has not applied for readmission to the bar of this Court as of the time that this order was written.

Accordingly, it is **ORDERED** that Tanner Andrews, Esq., shall show cause in writing filed on or before June 30, 2015, why he should not be removed as counsel of record for Plaintiff because he is not a member in good standing with the bar of this Court. If Attorney Andrews promptly files for readmission to the bar of this Court, he should so advise the Court in his response to this Order to Show Cause. If Attorney Andrews does not intend to reinstate his membership in the bar of this Court, he shall so state in his response to the Order to Show Cause and provide the Court the mailing address and telephone number of Plaintiff, who will be

required to represent himself in this case unless and until new counsel of record enters an appearance on his behalf.

**DONE** and **ORDERED** in Orlando, Florida on June 16, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
